**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

JUSTIN BULLOCK, Individually and as the representative of a class of similarly situated persons,

Plaintiff,

Case No. 1:24-cv-161-VSB

- against -

LUCKY BEVERGE CO.,

Defendant.

------------------------------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Justin Bullock by his attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Lucky Beverage Co.

Dated: Scarsdale, New York
March 8, 2024

SHAKED LAW GOUP, P.C.
Attorneys for Plaintiff

By:__________________________

Dan Shaked, Esq.
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel. (917) 373-9128
e-mail: ShakedLawGroup@Gmail.com